IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLYDE EUGENE SOPHUS, | § | |
| *Petitioner*, | § § § | |
| v. | § | CIVIL ACTION NO. H-20-1086 |
| LORIE DAVIS, | § § § | |
| *Respondent*. | § § | |

### ORDER OF DISMISSAL

Pending before the Court is petitioner's *pro se* state inmate habeas lawsuit. The Court's docket shows that this same habeas lawsuit is pending before the Court in *Sophus v. Davis*, C.A. No. H-20-1080 (S.D. Tex.). The instant lawsuit appears to be a duplicate copy of petitioner's petition filed in that lawsuit.

This case is DISMISSED WITHOUT PREJUDICE as improvidently opened. To any extent necessary, a certificate of appealability is DENIED.

Signed at Houston, Texas, on April 9, 2020.

Gray H. Miller
Senior United States District Judge